**U.S. Department of Justice**
Washington, D.C.
10/2/26/mm

**Criminal Docket**

McALLEN Division

CR. No. M-26-3157

**CRIMINAL INFORMATION**

Filed: October 2, 2026 Judge: **JOHN GE MARCK**

County: Hidalgo
Lions #: **2026R07551**

UNITED STATES OF AMERICA

v.

RONALD LYNN KILBY

Attorneys:
AARON F. REITZ, UNITED STATES ATTORNEY

ROBERT LOPEZ, JR., ASST. U.S. ATTORNEY

Ct. 1 Ricardo Salinas, Ret'd, (956) 580-9688

Charge(s): Ct. 1: Conspiracy
Title 18, United States Code, Sections 371.

Total Counts
(1)

Penalty: Ct. 1: Imprisonment for not more than 5 years and/or a fine of $250,000 and not more than a 3 yr. SRT

Agency: Homeland Security Investigations – John Matteo – MC02PR26MC0001

Proceedings

Date