United States District Court
Southern District of Texas
FILED

OCT 27 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 7:26-cr-3157** |
| | § | |
| **RONALD LYNN KILBY** | § | |

**WAIVER OF INDICTMENT**

I, **RONALD LYNN KILBY**, the above-named Defendant, who is accused of Conspiracy to Defraud the United States in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on October 15, 2026, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

____________________
Defendant

____________________
Counsel for Defendant

Before____________________
Judicial Officer